```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
CAREY MITOSINKA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY MITOSINKA, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NSM RECOVERY SERVICES INC., a Delaware corporation and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.: 4:14-cv-00431-KAW<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that the parties have reached a settlement in the above-captioned action.  The Plaintiff will file a dismissal with prejudice pursuant to Federal

///

///

///

NOTICE OF SETTLEMENT　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

1  Rule of Civil Procedure 41(a) once the settlement is fully
2  consummated.
3  DATED:  April 2, 2014            DELTA LAW GROUP
4                                        /s/ Jim G. Price
5                                   BY:_____
6                                        JIM G. PRICE
                                         Attorneys for Plaintiff
7                                        CAREY MITOSINKA